1
2
3
4
5
6                                                      ***E-FILED - 12/24/08***
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. CR-97-20090-RMW |
| v. | ORDER ADJUSTING RESTITUTION AMOUNT |
| JASON TOTAH, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 3664(k), certification from the U.S. Attorney that notice of the proposed change has been given to the victims, and in the interests of justice, the court hereby reduces the amount of restitution owed by Jason John Totah to $25,000 provided that said amount is paid within 15 days of this order.  If said amount is paid within 15 days, the restitution obligation will be satisfied in full.  If said payment is not made within 15 days, the restitution obligation remains as it currently is set forth in the promissory note executed by Jason John Totah on or about the date his supervised release expired.

DATED: 12/24/08

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

ORDER ADJUSTING RESTITUTION AMOUNT
NO.  CR-97-20090-RMW

1
2
3  Copy of E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER ADJUSTING RESTITUTION AMOUNT
NO.  CR-97-20090-RMW